COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00488-CV |
| Style: | Commerce and Industry Insurance Company; Starnet Insurance Company; Catlin Insurance Company, Inc.; Allianz Global Corporate & Specialty S.E.; United States Aircraft Insurance Group; and QBE Aviation Syndicate 5555 at Lloyd's v. American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; Roger Woolsey; and Carl Moody |
| Date motion filed: | June 18, 2014 |
| Type of motion: | Unopposed motion to extend time to file petition for permission to appeal |
| Party filing motion: | American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; and Roger Woolsey |

Ordered that motion is:

□ Granted

  If document is to be filed, document due:

  □ Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

□ Denied

☒ **Dismissed**

□ Other: _____

 *See* TEX. R. APP. P. 28.3(d) (providing that court may extend time to file petition if party files petition within 15 days after deadline **and** files motion complying with Rule 10.5(b)).

_____

Judge's signature: /s/ Jim Sharp _____

   ☑ Acting individually  □ Acting for the Court

Panel consists of _____

Date: June 26, 2014 _____